**Cornell WHITE, Plaintiff/Appellant,**

v.

**Douglas R. HOFF, Defendant/Respondent,**

and

**Missouri Public Defender System, Defendant.**

No. ED 86064.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 14, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 25, 2006.

Application for Transfer Denied Aug. 22, 2006.

Cornell White, Cameron, pro se.

Joseph T. McGuire, Assistant Attorney General, St. Louis, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

## ORDER

PER CURIAM.

Plaintiff, Cornell White, appeals *pro se* from a judgment dismissing his *pro se* civil

action against an Assistant Public Defender. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b).